Kelly v Prohaska (2024 NY Slip Op 03312)

Kelly v Prohaska

2024 NY Slip Op 03312

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024

PRESENT: SMITH, J.P., BANNISTER, GREENWOOD, NOWAK, AND DELCONTE, JJ. (Filed June 14, 2024.) 

MOTION NO. (832/23) CA 23-00529.

[*1]TAMMY L. KELLY AND MICHELLE MOUDY, AS GUARDIANS OF THE PERSON AND PROPERTY OF JOHN M. MOUDY, PLAINTIFFS-APPELLANTS, 
v
NICHOLAS J. PROHASKA, DEFENDANT, AND SNAP-ON CREDIT LLC, DEFENDANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.